Argued March 16, affirmed March 16, 1971

STATE OF OREGON, *Respondent, v.*
ROBERT LEE CEASER, *Appellant.*

482 P2d 191

*Richard Maizels,* Portland, argued the cause for appellant. With him on the brief were Maizels & Marquoit, Portland.

Rhidian M. M. Morgan, Staff Attorney, Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

MEMORANDUM DECISION.